IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT FINCH and KRISTA FINCH PRUEHS,<br><br>Plaintiff<br><br>vs.<br><br>GARY W. FINCH; JOHN C. FINCH; ENDICOTT & FINCH; ENDICOTT, FINCH & BARNHART; WILLIAM RICHARD ENDICOTT; JASON M. BARNHART; and PATRICIA FINCH BARBER,<br><br>Defendants | No. 08-cv-408-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Counts I and II are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts III, IV, V and VI are dismissed without prejudice.

**DATED:  February 9, 2009**               **KEENAN G. CASADY, CLERK**


                                                        **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT
               DISTRICT JUDGE**